# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| WILLIAM PAUL BURCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00523-P-BP |
| | § | |
| CHASE BANK OF TEXAS, N.A., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 19), filed August 19, 2019, Plaintiff's 28 U.S.C. § 636(b)(1) Objections thereto (ECF No. 21), filed August 27, 2019, Defendant's Response (ECF No. 22), filed September 10, 2019, and Plaintiff's Reply (ECF No. 23), filed September 24, 2019.

Plaintiff has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation, which the Court has liberally construed in light of Plaintiff's pro se status. Following a de novo review, the Court **OVERRULES** the Objections, as none of the Objections alters the Magistrate Judge's finding and conclusion that this case is a core proceeding arising under Title 11 or arising in a case under Title 11, or, alternatively, "relates to" a bankruptcy proceeding, and, therefore, should be referred to United States Bankruptcy Judge Mark X. Mullin pursuant to the Court's Miscellaneous Order No. 33. *See* 28 U.S.C. § 157(a),(c).

After conducting a de novo review of all relevant matters of record in this case and the applicable law, the Court determines that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, this matter is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and **REFERRED** to United States Bankruptcy Judge Mark X. Mullin pursuant to this Court's Miscellaneous Order No. 33.

**SO ORDERED** on this **30th day** of **September, 2019**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE